UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE ESTATE OF CHASE DOUGLAS SHARKEY AND SHARKEY MECHANICAL SERVICES, LLC FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. <br><br> SECTION <br><br> JUDGE <br><br> MAGISTRATE JUDGE |

## CERTIFICATE OF INTERESTED PERSONS

NOW INTO COURT, through undersigned counsel, comes the Estate of Chase Douglas Sharkey (the "Sharkey Estate") and Sharkey Mechanical Services, LLC ("Sharkey, LLC" and collectively with the Sharkey Estate referred to herein as "Limitation Plaintiffs"), as owner, owner *pro hac vice*, and operator, respectively, of the 2023 Silver Wave 2610 SW5 JS vessel bearing Hull ID No. PWV32595A323 (the "Vessel"), and hereby certify that the following persons or entities have a financial interest in the outcome of this litigation:

1. The Estate of Chase Douglas Sharkey
   c/o Amanda Smith
   2900 North Loop West, Suite 160
   Houston, Texas 77092

2. Sharkey Mechanical Services, LLC
   c/o R. Heath Savant
   Lyla N. Deblieux
   Tiffany L. Landry
   2431 S. Acadian Thruway, Suite 230
   Baton Rouge, Louisiana 70808

3. Leslie White
   c/o Gary N. Boutwell
   6655 Jefferson Highway
   Baton Rouge, Louisiana 70806

4. Matthew White
   c/o Gary N. Boutwell
   6655 Jefferson Highway
   Baton Rouge, Louisiana 70806

5. Jillian Bernard
   c/o Colt J. Fore
   1620 South Range Ave., Suite 200
   Denham Springs, Louisiana 70726

6. Jason Joseph Chaisson, Jr.
   c/o Stephen R. Barry
   W. Briggs Scott
   612 Gravier Street
   New Orleans, Louisiana 70130

7. Christopher Gustin, individually and in his capacity as natural tutor of minor children HTG and GAS
   c/o Philip C. Hoffman
   Dayal S. Reddy
   Kelly A. Ross
   400 Poydras Street, Suite 1625
   New Orleans, Louisiana 70130

   And

   Samuel H. Winston
   Evan J. Bergeron
   Jeigh L. Britton-Foil
   8120 Oak Street
   New Orleans, Louisiana 70118

8. The Succession of Thuy Gustin
   Address presently unknown

9. Hunter E. Caballero
   c/o Patrick C. Morrow
   P. Craig Morrow
   Taylor J. Bassett
   Post Office Drawer 1787
   Opelousas, Louisiana 70571

10. Shelly Sharkey, individually and as natural tutor of Baylor Sharkey, Brynlee Sharkey, Brady Sharkey and Beau Sharkey
    c/o Robert J. Carter
    Robert B. Carter
    Post Office Box 27
    Greensburg, Louisiana 70441

11. Nichole Colclough
    Address presently unknown

12. Elizabeth Thompson
    Address presently unknown

13. Jacob Wilkinson
    Address presently unknown

14.  Hanna Wilkinson
    Address presently unknown

15. Progressive Insurance Company
    c/o Melissa Stransky
    PO Box 43128
    Richmond Heights, Ohio 44143

16. Wesco Insurance Company
    c/o Dawn Brazier
    Senior Director, Complex Claims
    AmTrust Financial Services, Inc.
    P.O. Box 89404
    Cleveland, OH 44101

17. Amtrust Insurance Company
    c/o Dawn Brazier
    Senior Director, Complex Claims
    AmTrust Financial Services, Inc.
    P.O. Box 89404
    Cleveland, OH 44101

18. Scottsdale Insurance Company
    c/o Thomas Kent Morrison (Bar #25802)
    Colin B. Cambre (Bar #31083)
    Michael J. Catalano
    365 Canal Street, Suite 2000
    New Orleans, Louisiana 70130-6534

Respectfully submitted,

**PLAUCHÉ MASELLI PARKERSON LLP**

*/s/ R. Heath Savant*
R. HEATH SAVANT (Bar No. 29670)
LYLA N. DEBLIEUX (Bar No. 29361)
TIFFANY L. LANDRY (Bar No. 37489)
2431 S. Acadian Thruway, Suite 230
Baton Rouge, LA 70808
Telephone: (225) 240-7688
Fax: (225) 406-7797
Email: hsavant@pmpllp.com
Email: ldeblieux@pmpllp.com
Email: tlandry@pmpllp.com
***Attorneys for Sharky Mechanical Services, LLC***

And

Respectfully submitted,

**THOMAS QUINN, LLP**

*/s/ Amanda Smith*
AMANDA SMITH (Bar No. 24065578)
2900 North Loop West, Suite 160
Houston, TX 77092
Telephone: (832) 730-4682
Fax: (415) 358-5868
Email: asmith@thomasquinnlaw.com
***Attorney for the Estate of Chase Douglas Sharkey***